**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 99-40176**
**Summary Calendar**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**VERSUS**

**JESUS LUCAS TRUJILLO-LUESA,**

**Defendant-Appellant.**

Appeal from the United States District Court
for the Southern District of Texas

(M-98-CR-180)

March 14, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jesus Lucas Trujillo-Luesa appeals from his conviction of various drug-trafficking offenses. Trujillo contends that the district court denied him his right to confront a Drug Enforcement Administration (DEA) agent who testified at his trial by quashing his subpoena for the DEA field agents' manual and by denying counsel the opportunity to question the agent about the manual.

Neither the denial of Trujillo's request to question the agent about the manual nor the grant of the Government's motion to quash the subpoena was an abuse of discretion. *United States v. Wilson*, 732 F.2d 404, 412 (5th Cir. 1984); *United States v. Hawkins*, 661

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.2d 436, 444 (5th Cir. 1981).  The field agents' manual was irrelevant to the agent's testimony; "[t]here is no right to impeach a witness with respect to collateral or irrelevant matters."  *Hawkins*, 661 F.2d at 444.

**AFFIRMED.**